NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**R.L. BATES GENERAL CONTRACTOR PAVING & ASSOCIATES, INC.,**
*Appellant,*

v.

**John McHugh, SECRETARY OF THE ARMY,**
*Appellee.*

---

2010-1313

---

Appeal from the Armed Services Board of Contract Appeals in No. 53641, Administrative Judge Monroe E. Freeman, Jr.

---

**JUDGMENT**

---

KEVIN M. COX, Camardo Law Firm, PC, of Auburn, New York, argued for the appellant.

WILLIAM J. GRIMALDI, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for the appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRIAN M. SIMKIN, Assistant Director. Of counsel was SAMEER P. YERAWADEKAR, Attorney.

—————————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, LINN, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 10, 2011                    /s/ Jan Horbaly
Date                             Jan Horbaly
                                 Clerk